_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

OCT 3 0 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY



# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN ALMY, | Case No. 3:17-cv-00382-RCJ-CBC |
| Plaintiff, | ORDER |
| v. | |
| MINOR ADAMS, *et al.*, | |
| Defendants. | |

## I.     DISCUSSION

In its August 28, 2018 screening order, the Court dismissed Plaintiff's complaint and gave him leave to amend portions of the complaint. (ECF No. 13 at 15). Plaintiff then appealed to the Ninth Circuit. (ECF No. 16). The Ninth Circuit dismissed the appeal for lack of jurisdiction. (ECF No. 16).

The Court now orders Plaintiff to file within 28 days any amended complaint consistent with the the August 28, 2018 screening order. If Plaintiff fails to file an amended complaint within 28 days of this current order, the Court may dismiss with prejudice without further notice.

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff must file any amended complaint within 28 days of this order.

IT IS FURTHER ordered that failure to timely file an amended complaint may result in dismissal with prejudice without further notice.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff copies of his original complaint (ECF No. 14) and the Court's screening order (ECF No. 13) as well as the approved form for filing a § 1983 complaint and instructions for the same. If Plaintiff chooses to file an amended complaint, he must use the approved form and he must write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

DATED THIS 30th day of October 2018.

_____
UNITED STATES MAGISTRATE JUDGE